221 F.2d 478
 55-1 USTC P 9395
 Joseph E. SHEARER and Georgia P. Shearer, Appellants,
v.
James G. SMYTH, United States Collector of Internal Revenue, Appellee.
 No. 14228.
 United States Court of Appeals Ninth Circuit.
 April 22, 1955.
 
 Willard C. Mills, Washington, D.C., Charles J. Leighton, Jr., San Francisco, Cal., for appellants.
 H. Brian Holland, Asst. Atty. Gen., Grant W. Wiprud, Ellis N. Slack, A. F. Prescott, Dudley J. Godfrey, Sp. Assts. to Atty. Gen., Lloyd H. Burke, U.S. Atty., George A. Blackstone, Asst. U.S. Atty., San Francisco, Cal., for appellee.
 Before MATHEWS and ORR, Circuit Judges, and BYRNE, District Judge.
 PER CURIAM.
 
 
 1
 On the grounds and for the reasons stated in its opinion, Shearer v. Smyth, D.C.N.D.Cal., 116 F.Supp. 230, the judgment of the District Court is affirmed.